1 | Kirsten A. Worley, Bar No. 222513
kw@wlawcorp.com
2 | Worley Law, P.C.
4256 Sierra Vista
3 | San Diego, CA  92103
Telephone:     (619) 550-1004
4 | Facsimile:      (619) 550-1051

5 | Attorneys for Creditor
ALLIED WORLD INSURANCE COMPANY

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| In re: | Case No.  15-07170-MM7 |
|---|---|
| GLOBAL METALS CORPORATION, | Chapter Number: 7 |
| Debtor. | **REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. §§ 102(1), 342, and 1109(b), the undersigned attorney for Creditor ALLIED WORLD INSURANCE COMPANY requests that all notices given or required to be given in this action and all related actions, be given and served upon the following:

>  Kirsten A. Worley (kw@wlawcorp.com, admin@wlawcorp.com)
>  Worley Law, P.C.
>  4256 Sierra Vista
>  San Diego, CA  92103
>  Telephone:     (619) 550-1004
>  Facsimile:      (619) 550-1051

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, but is not limited to, Orders and Notices of any Application, Motion, Petition, Adversary Complaints, Objections, Requests, any amendments to the Schedules or Statement of Financial Affairs, all pleadings, all creditors committee notices, demands, and all other notices as required by the United States Bankruptcy Code and Rules and/or the Local Rules of the above-referenced court,

whether such papers be formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes that the above attorneys request to be added to the master mailing list and the ECF/Pacer electronic notice list for the above-referenced case.

The foregoing shall not be deemed a submission by Allied World Insurance Company to the jurisdiction of the Bankruptcy Court.

It is so respectfully submitted,

Dated: November 20, 2015　　　　　　　　　　　Worley Law, P.C.

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Kirsten A. Worley
　　　　　　　　　　　　　　　　　　　　　　　Kirsten A. Worley
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Creditor
　　　　　　　　　　　　　　　　　　　　　　　ALLIED WORLD INSURANCE COMPANY

- 2 -　　　　　　　　　　REQUEST FOR SPECIAL NOTICE

**PROOF OF SERVICE**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is Worley Law, P.C., 4256 Sierra Vista, San Diego, California 92103.

A true and correct copy of the foregoing document entitled **REQUEST FOR SPECIAL NOTICE** will be served or was served in the manner stated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

Pursuant Local Bankruptcy Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 20, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- David M. Poitras    dpoitras@jmbm.com, bt@jmbm.com;dmp@ecf.inforuptcy.com;mastercalendar@jmbm.com

**II. SERVED BY U.S. MAIL:**

On November 20, 2015, I served the following person(s) and/or entity(ies) at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows:

Petitioning Creditor
Wayne Banks
31 Bard Drive
Monroe, NJ 08831

Petitioning Creditor
Lois Adelman
5680 NW 3rd Terrace
Boca Raton, FL 33487

Petitioning Creditor
Board of Trustees of the California Ironworkers Field Pension Fund
c/o Laura Garcia, Fund Administrator
131 N. El Molino Avenue, Suite 330
Pasadena, CA 91101

<u>Alleged Debtor</u>
Global Metals Corporation
11403 W. Bernardo Court, Suite 100
San Diego, CA 92127

David M. Poitras
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
(310) 201-3571
dpoitras@jmbm.com
*Attorney for Petitioning Creditors WAYNE BANKS and LOIS ADELMAN*

Jason Kennedy
Melissa W. Cook & Associates
3444 Camino Del Rio, Suite 106
San Diego, CA 92108
*Attorney for Petitioning Creditor
Board of Trustees of the California Ironworkers Field Pension Fund*

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:**

Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 20, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:

| | |
|---|---|
| <u>Alleged Debtor</u><br>Global Metals Corporation<br>c/o Keith Coe<br>7730 Calle Amanacer<br>Rancho Santa Fe CA 92067 | ☐ By personal delivery to chambers via messenger service<br>■ By overnight mail<br>☐ By email<br>☐ By facsimile transmission |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 20, 2015, at San Diego, California.

/s/ Beverly Thorell
Beverly Thorell

- 4 -  REQUEST FOR SPECIAL NOTICE